IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-154-1D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| MALIK DEVON SMITH | ) | |
| | ) | |

The United States has filed an unopposed motion requesting that the final supervised release revocation hearing in this matter be vacated until such time as Smith is brought into federal custody pursuant to the Court's March 11, 2026, arrest warrant, which has been lodged as a detainer with the State. Probation and the Defense support this request.

Wherefore, after reviewing the motion, and for good cause shown, it is HEREBY ORDERED that the Government's motion is GRANTED. The final revocation hearing scheduled for August 3, 2026, is VACATED.

The Court will set a new hearing date by way of separate order after Smith has been brought into federal custody pursuant to the March 11, 2026, arrest warrant.

SO ORDERED, this 30 day of July, 2026.

J. Dever
JAMES C. DEVER III
United States District Judge